## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Kliesh, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1877 C.D. 2016 |
| | : | |
| Borough of Morrisville, Robert | : | |
| Seward, Morrisville Borough | : | |
| School District | : | |

**PER CURIAM**          **O R D E R**

NOW, September 18, 2017, having considered appellant's application for reconsideration, the application is denied.